

HONORABLE RONALD B. LEIGHTON

10-CV-05884-ORD

FILED LODGED RECEIVED
AUG 30 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

ROGER A. STEWART, *pro per*,

Plaintiff,

v.

U. S. BANK, N.A., AS TRUSTEE FOR JPMORGAN ALTERNATIVE LOAN TRUST 2006-A2 MORTGAGE PASS-THROUGH CERTIFICATES,

Defendant.

NO. CV 10-5884-RBL

ORDER
[Dkt. #s 12 &14]

THIS MATTER came on for hearing upon Plaintiff's Motion to Strike Defendant Chase's Corporate disclosure and Notice of Appearance [Dkt. #12] and Defendant Chase's Motion to Vacate Order of Default [Dkt. #14].

Plaintiff's Motion is frivolous and is DENIED.

Defendant's Motion to Vacate Default is based on improper service, coupled with Plaintiff's attempt to re-litigate claims already dismissed by this court (*see* Cause No. CV 10-05148-RBL; Dkt. #48). Under Fed. R. Civ. P. 55(c), the Motion to Vacate is therefore GRANTED.

ORDER - 1

IT IS SO ORDERED.

Dated this 30th day of August, 2011.

_____
Ronald B. Leighton
U. S. District Court Judge

ORDER - 2